UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LADANA BURDEAU,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C14-0390-JCC-MAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 18.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge shall hold a new hearing, obtain evidence from a vocational expert identifying jobs the claimant can still perform given her nonexertional limitations, and issue a new decision.

REPORT AND RECOMMENDATION
PAGE -1

01       The Court recommends that United States District Judge John C. Coughenour
02 immediately approve this Report and Recommendation and order the case REVERSED and
03 REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. §
04 405(g).  A proposed order accompanies this Report and Recommendation.
05       DATED this 10th day of September, 2014.

            /s/ Mary Alice Theiler
            Mary Alice Theiler
            Chief United States Magistrate Judge