THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

LADANA BURDEAU,

Plaintiff,

v.

CAROLYN W. COLVIN,

Defendant.

CASE NO. C14-0390-JCC

ORDER OF REMAND

15    The Court has reviewed the entire record, including the Administrative Record, the

16 memoranda of the parties, and the Report and Recommendation of United States Magistrate

17 Judge Mary Alice Theiler. It is therefore ORDERED:

18        (1) The Court adopts the Report and Recommendation;

19        (2) The Court REMANDS this matter for further administrative proceedings; and

20        (3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

21 //

22 //

23 //

24 //

25

26

ORDER OF REMAND
PAGE - 1

1          DATED this 16th day of September 2014.

2

3

4

5

6

7                                                John C. Coughenour
                                                 UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF REMAND
PAGE - 2